IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY BARBARA,  :  <br>     Plaintiffs,  : <br> : <br> v.  : <br> : <br> TD BANK, N.A.,  : <br>     Defendant.  : <br> : | CIVIL ACTION <br> NO. 09-5969 |

## ORDER

**AND NOW,** this 14th day of May, 2010, upon review of Plaintiff's Motion For Leave to Amend the Complaint [Doc. No. 12], Defendant's response thereto, and Plaintiff's reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED.**

Upon review of Defendant's Motion for Judgment on the Pleadings [Doc. No. 13], Plaintiff's response, Defendant's reply and Plaintiff's sur-reply, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** Accordingly, the case is **DISMISSED** without prejudice.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED.**

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            _____
                                            **CYNTHIA M. RUFE, J.**